NO. 29711

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE TAX APPEAL OF
ROBERTA JO MAHLER and ARNOLD N. MAHLER,
Petitioners/Plaintiffs-Appellants,

vs.

COUNTY OF HAWAIʻI, REAL PROPERTY TAX DIVISION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(TAX APPEAL CASE NO. 07-0105)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioners/Plaintiffs-Appellants Roberta Jo Mahler and

Arnold N. Mahler's application for writ of certiorari, filed on

March 11, 2010, and the "Motion for Order to Accept Petitioners'

Application for Writ of Certiorari," filed on March 29, 2010, are

hereby rejected.

DATED:  Honolulu, Hawaiʻi,  April 14, 2010.

FOR THE COURT:

*[signature]*

Associate Justice

Arnold N. Mahler and
Roberta Jo Mahler
petitioners/plaintiffs-
appellants *pro se*
on the application and
motion

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.

NO. 28395

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GEORGE MIYASHIRO, Plaintiff-Appellant, v.
ROEHRIG, ROEHRIG, WILSON & HARA, STANLEY H. ROEHRIG,
Attorney at Law, ALC, GLENN HARA, Attorney at Law,
CAROL MIYASHIRO, TROY MIYASHIRO, TITLE GUARANTY CO., and
DOE DEFENDANTS 1-100, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(Civ. No. 04-1-211)

ORDER DENYING DEFENDANTS-APPELLEES ROEHRIG, ROEHRIG,
WILSON AND HARA, GLENN HARA AND STANLEY H. ROEHRIG'S
MOTION FOR RECONSIDERATION OF OPINION, FILED MARCH 23, 2010
(By: Foley, Presiding Judge, Leonard J., and
Circuit Court Judge Trader, in place of
Nakamura, C.J., and Fujise, J., all recused)

Upon consideration of Defendants-Appellees Roehrig,
Roehrig, Wilson and Hara, Glenn Hara and Stanley H. Roehrig's
April 5, 2010 motion to reconsider this Court's March 23, 2010
opinion, pursuant to Rule 40 of the Hawai'i Rules of Appellate
Procedure and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, April 14, 2010.

On the motion:

Peter Van Name Esser
    and
Keith K. Hiraoka
(Roeca, Louie & Hiraoka)
    and
Brian J. De Lima
(Crudele & De Lima)
for Defendants-Appellees
ROEHRIG, ROEHRIG, WILSON
& HARA, GLENN HARA and
STANLEY H. ROEHRIG

Presiding Judge

Associate Judge

Acting Associate Judge

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

GERALDINE CVITANOVICH-DUBIE, now known as
GERALDINE CVITANOVICH, Plaintiff-Appellant,
v.
NANCY DUBIE, Personal Representative of the Estate
of George Patrick Dubie, Defendant-Appellee

NO. 28928

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 03-1-3588)

ORDER OF CORRECTION
(By:  Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the court filed on April 12, 2010, is corrected on page 14, line 11, by changing the first word in that line from "obmitted" to "omitted."

The Clerk of the Court is directed to incorporate the foregoing changes in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, April 14, 2010.

FOR THE COURT:

Associate Judge

---

[1] Nakamura, C.J., Foley and Leonard, JJ.